IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENT MAHONEY, | ) | CIV F 07-1321  AWI SMS |
| | ) | |
| **Plaintiff,** | ) | ORDER ON PLAINTIFF'S |
| | ) | MOTION TO REMAND AND |
| v. | ) | DEFENDANT'S RULE 12(b)(3) |
| | ) | MOTION TO DISMISS |
| DEPUY ORTHOPAEDICS, INC., an | ) | |
| Indiana corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

_____

Currently pending before this Court are Plaintiff's motion to remand and Defendant's Rule 12(b)(3) motion to dismiss.  This motion is set for hearing on October 29, 2007, at 1:30 p.m.  The court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 29, 2007, is VACATED, and the parties shall not appear at that time.  As of October 29, 2007, the Court will take Plaintiff's motion to remand and Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   October 24, 2007**                        **/s/ Anthony W. Ishii**
                                                                  UNITED STATES DISTRICT JUDGE